**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>    v. )<br>        )<br>BRIAN CHAN )<br>        ) | CR.  2:06-mj-00088 KJM |

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
        (**x**) Ad Prosequendum         ( ) Ad Testificandum.

Name of Detainee:     BRIAN CHAN
Detained at (custodian):   SACRAMENTO COUNTY JAIL, SACRAMENTO, CA

Detainee is:   a.)   (x) charged in this district by:
            ( ) Indictment     ( ) Information     (x) Complaint
            Charging Detainee With:   **18 U.S.C. § 471**
  or   b.)   ( ) a witness not otherwise available by ordinary process of the Court

Detainee will:   a.)   ( ) return to the custody of detaining facility upon termination of proceedings

  or   b.)   (X) be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility

*Appearance is necessary forthwith in the Eastern District of California.*

        Signature: /s/ Ellen V. Endrizzi
        Printed Name & Phone No:  Ellen V. Endrizzi (916) 554-2700
        Attorney of Record for:   United States of America

## WRIT OF HABEAS CORPUS
    (X) Ad Prosequendum     ( ) Ad Testificandum

The above application is granted and the above-named custodian, as well as the **United States Secret Service** for this district, is hereby ORDERED to produce the named detainee, on the date and time recited above, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Dated: March 24, 2006.

        _____
        UNITED STATES MAGISTRATE JUDGE

Please provide the following, if known:

| | | | |
|---|---|---|---|
| AKA(s) (if applicable): | | Male X | Female |
| Booking or CDC #: | X Ref 3964149 | DOB: | |
| Facility Address: | Sacramento County Jail | Race: | |
| | 651 I Street, Sacramento, CA 95814 | FBI #: | |
| Facility Phone: | 916-874-6752 | | |
| Currently Incarcerated For: | | | |

**RETURN OF SERVICE**

Executed on _____ by _____
                                (Signature)