UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

FILED
March 28, 2006
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES OF AMERICA,        )
                                 )   Case No. 2:06-mj-88 KJM
          Plaintiff,             )
                                 )   ORDER FOR RELEASE OF
v.                               )   PERSON IN CUSTODY
                                 )
Brian Chan,                      )
                                 )
_____  )
          Defendant.

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release Brian Chan Case No. 2:06-mj-88 KJM from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    ___ Release on Personal Recognizance

    ___ Bail Posted in the Sum of _____

    _X_ $25,000 Unsecured Appearance Bond

    ___ Appearance Bond with 10% Deposit

    ___ Appearance Bond secured by Real Property

    ___ Corporate Surety Bail Bond

    _X_ (Other) PTS conditions/supervision

Issued at Sacramento, CA on 3/28/06 at 3:05 p.m.

By _____
Kimberly J. Mueller
United States Magistrate Judge